# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
O.Rhyan Capital Management LLC

**BANKRUPTCY NO.** 8:26−bk−10037−MH

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 26−4314313
**Debtor Dismissal Date:** 1/22/26

**Address:**
823 N Harbor Blvd
Fullerton, CA 92832

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 22, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**20 / JL**